# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TONIA SKIDMORE<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>MARRIOTT INTERNATIONAL INC.<br><br>　　　　Defendant(s) | Civil Action No. 4:22-cv-2230 |

## INDEX OF MATTERS BEING FILED

**EXHIBIT 1**　　Index of Matters Being Filed

**EXHIBIT 2**　　State Court Docket Sheet

**EXHIBIT 3**　　List of all Counsel of Record including addresses, telephone numbers and parties represented

**EXHIBIT 4**　　Plaintiffs' Original Petition, Request for Disclosure, and Rule 193.7 Notice

**EXHIBIT 5**　　Service of Process